# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-14-00372-CR
_____


## IN RE BRETT W. LIGON,
## MONTGOMERY COUNTY DISTRICT ATTORNEY

═══════════════════════════════════════════════════════

### Original Proceeding

═══════════════════════════════════════════════════════

### ORDER

Brett W. Ligon, the Montgomery County District Attorney, filed a petition for writ of mandamus. The relator is prosecuting Cause No. 14-05-05257-CR, *The State of Texas v. Michael Burl Massengill*. Relator seeks a writ compelling the Honorable Kelly W. Case, Judge of the 9th District Court of Montgomery County, Texas, to vacate his discovery order signed on August 29, 2014. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relator alleges that prejudice will result if discovery occurs before the issues raised in the petition for writ of mandamus can be resolved.

1

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of August 29, 2014 in Cause No. 14-05-05257-CR is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

TEMPORARY RELIEF GRANTED.

ORDER ENTERED September 8, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.